AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON ELLIS | ) | Case No. |
| | ) | 22-mj-37-01-AJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 12, 2021  in the county of  Rockingham  in the

_____ District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §1470 | Transfer and attempted transfer of obscene material to a minor |

This criminal complaint is based on these facts:

See Affidavit of Tarah Snee, FBI

☑ Continued on the attached sheet.

/s/ Tarah Snee
*Complainant's signature*

Tarah Snee, FBI
*Printed name and title*

Sworn to before me and signed in my presence. via telephone conference.

Date: **Feb 16, 2022**

Andrea K. Johnstone (signature)
*Judge's signature*

City and state:  Concord, New Hampshire   Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*