Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.                                                     **ACKNOWLEDGMENT**

Jason Ellis                                  Case Number: 1:22CR00028-1-LM
Defendant

I, <u>Jason Ellis</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 10/6/22

_____
Defendant

_____
Defense Counsel

cc:  Defendant
     U.S. Attorney
     U.S. Marshal
     U.S. Probation
     Defense Counsel

USDCNH-103 (10-14)